1  Rosanne L. Mah (State Bar No. 242628)
   Email: rmah@zlk.com
2  **LEVI & KORSINSKY, LLP**
   388 Market Street, Suite 1300
3  San Francisco, CA 94111
   Telephone: (415) 373-1671
4  Facsimile: (415) 484-1294

5  *Counsel for Plaintiff*

6  [*Additional Counsel listed on signature block.*]

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PATINO, an individual, | Case No. 3:20-cv-06357-SK |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| vs. | |
| SUNRUN INC., EDWARD FENSTER, KATHERINE AUGUST-DEWILDE, LESLIE A. DACH, ALAN D. FERBER, LYNN JURICH MARY POWELL, and GERALD RISK, | |
| Defendants. | |

NOTICE OF DISMISSAL

1  Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure
2  that Plaintiff, Daniel Patino ("Plaintiff"), voluntarily dismisses the above-captioned action (the
3  "Action").  Because this notice of dismissal is being filed with the Court before service by Defendants
4  of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective
5  upon the filing of this notice.

6  Dated: September 29, 2020

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosanne L. Mah*
Rosanne L. Mah
388 Market Street, Suite 1300
San Francisco, CA 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice*)
Elizabeth K. Tripodi (to be admitted *pro hac vice*)
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
          etripodi@zlk.com

*Counsel for Plaintiff*